UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS, et al ) | |
| ) | |
| vs. ) | Civ.S-09-1805 JAM GGH |
| ) | |
| MTC FINANCIAL INC., et al ) | |
| ) | **ORDER** |

**YOU ARE HEREBY NOTIFIED** that Judge Mendez ordered the following with respect to the above-entitled action:

To the extent the Court construes Plaintiffs' Complaint as a Motion for a Temporary Restraining Order, Plaintiffs' Motion is DENIED without prejudice.

Dated: 08/31/2009

Victoria C. Minor,  Clerk
By:

/s/
_____
H. A. Vine
Courtroom Clerk