IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SANDRA AND MARION WILLIAMS,

      Plaintiff,                      No. CIV S-09-1805 JAM GGH PS

      vs.

MTC FINANCIAL INC.,
dba TRUSTEE CORPS, et al.,            ORDER

      Defendants.

_____/

      Plaintiffs are proceeding in this action pro se. Plaintiffs have requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis. This proceeding was referred to this court by Local Rule 72-302(c)(21).

      In support of her in forma pauperis application, plaintiff Sandra Williams has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1), thereby demonstrating her entitlement to proceed in forma pauperis. Plaintiff Marion Williams has not submitted a separate affidavit, however.[1] This plaintiff must submit his own application and supporting affidavit for this court's consideration whether he may proceed as a plaintiff without

---

[1] If plaintiffs' application submitted June 30, 2009, was intended to reflect both of their financial information on one application, they are advised that they both need to re-submit separate applications.

prepayment of fees. The court will defer making a decision on Sandra Williams' application until the application of Marion Williams is received or twenty days has passed, whichever is earlier.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff Marion Williams shall submit, within twenty days from the date of this order, either a completed application and affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in a recommendation that this plaintiff be dismissed from this action; and

2. The Clerk of the Court is directed to send plaintiffs two Applications to Proceed In Forma Pauperis.

DATED: September 15, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:076
Williams1805.amd.wpd